# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2605

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Carlos Rodriguez, also known as | * | [UNPUBLISHED] |
| Chester Earl Scott, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: February 7, 2000

Filed: February 8, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Carlos Rodriguez, a federal inmate, appeals the denial of his "motion for discovery of the character of the court." Having carefully reviewed the record, we conclude his motion was properly denied. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.